Approved 10/20/20.

/s/ Kathleen B. Burke
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LaTonya Parks, | ) CASE NO. 1:20-CV-00002 |
| Plaintiff, | ) |
| v. | ) |
| | ) JUDGE: KATHLEEN B. BURKE |
| S R Restaurant Corp., | ) |
| and | ) |
| Richard Patton, | ) **STIPULATED NOTICE OF** |
| | ) **VOLUNTARY DISMISAL** |
| Defendants. | ) **WITH PREJUDICE** |

Pursuant to Civil Rule 41(a)(1)(A)(ii), we, the undersigned attorneys for Plaintiff LaTonya Parks and Defendants S R Restaurant Corp. doing business as Rascal House Pizza and Richard Patton, hereby stipulate to the dismissal, with prejudice, of all claims in this case, including any class action allegations, because the parties have reached an agreeable solution. The parties request that the Court retain jurisdiction of this case to enforce the settlement should that become necessary.

The court may enter an Order accordingly, notice by the Clerk being hereby waived. Costs to be borne by Defendants.

Respectfully submitted,

/s/ Alan I. Goodman
Alan I. Goodman (0012660)
55 Public Square, Suite 1330
Cleveland, Ohio 44113
Tele: (216) 456-2486
Fax: (216) 456-2487
agoodman@aiglaw.com

*One of the Attorneys for Plaintiff*

/s/ Lauren A. Holler
Nathalie A. Dibo (0084051)
Catherine R. Donnelly (0084039)
Lauren A. Holler (0099437)
Yourkvitch & Dibo, LLC
1549 Hamilton Ave., Ste. 200
Cleveland, Ohio 44114
P: 216-367-1330
E: ndibo@goydlaw.com
cdonnelly@goydlaw.com
lholler@goydlaw.com

*Attorneys for Defendants*